UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60183-CIV-GAYLES/REID

RENEL ANTHENOR,

    Petitioner,

  v.

MARK S. INCH,

    Respondent.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

  **THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge (the "Report") [ECF No. 4]. Petitioner filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254, seeking a speedy trial and a "discharge from custody or release on non-monetary conditions of bail." [ECF No. 1]. The matter was referred to Magistrate Judge Reid for a ruling on all pre-trial non-dispositive matters and for a Report and Recommendation on any dispositive matters. [ECF No. 2]. Judge Reid's Report recommends that the Court dismiss the petition without prejudice as (1) Petitioner's purported claim under § 2254 is premature as Petitioner is a pretrial detainee and has not been convicted of a crime and (2) under either § 2254 or 28 U.S.C. § 2241, the statute available to challenge pretrial detention, Petitioner has failed to exhaust his state court remedies. Petitioner has failed to timely object to the Report.

  A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed.

R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the record and finds no clear error with Judge Reid's well-reasoned analysis and conclusion that the Petition should be dismissed without prejudice. Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Reid's Report [ECF No. 4] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Petitioner's Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED without prejudice**;

(3) No certificate of appealability shall issue; and

(4) This case shall be **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of May, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE